# UNITED STATES DISTRICT COURT

for the
Northern District of Illinois

| | | |
|---|---|---|
| **GEORGE MOORE, on behalf of himself and others similarly situated** | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:26-cv-06309 |
| | ) | |
| | ) | |
| **ENCENSE ENTERPRISES LLC, d/b/a FLEX HOME & AUTO** | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, Dustin Looper, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to ENCENSE ENTERPRISES LLC, d/b/a FLEX HOME & AUTO in Sheridan County, WY on June 3, 2026 at 2:08 pm at 1095 Sugarview Dr, Sheridan, WY 82801-5386 by leaving the following documents with Lori Devons who as Intake Specialist at Cloud Peak Law, LLC is authorized by appointment or by law to receive service of process for ENCENSE ENTERPRISES LLC, d/b/a FLEX HOME & AUTO.

SUMMONS IN A CIVIL ACTION
CIVIL COVER SHEET
COMPLAINT

Race: White, Sex: Female, Est. Age: 65+, Hair: Gray, Glasses: N, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=44.7843551729,-106.9415199571
Photograph: See Exhibit 1

Total Cost: $250.00

Proof Job #1798655 | Serve #SRV-SY0E83M                                                                 Page 1

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.


Executed in

_/s/ Dustin Looper_

Sheridan County ,

Signature
Dustin Looper

WY    on    6/4/2026    .

+1 (307) 751-0407

Exhibit 1a)

