## U.S. District Court for the Northern District Of Illinois
### Attorney Appearance Form

Case Title: George Moore v. Encense Enterprises LLC d/b/a Flex Home & Auto

Case Number: 1:26-cv-06309

An appearance is hereby filed by the undersigned as attorney for:

Encense Enterprises LLC d/b/a Flex Home & Auto

Attorney name (type or print): Nicole E. Stoelton

Firm: Venable LLP

Street address: 227 W. Monroe Street, Suite 1900

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6345664
(See item 3 in instructions)

Telephone Number: 312.820.3401

Email Address: NEStoelton@Venable.com

Are you acting as lead counsel in this case? ✓Yes ☐No

Are you a member of the court's general bar? ✓Yes ☐No

Are you a member of the court's trial bar? ☐Yes ✓No

Are you appearing *pro hac vice*? ☐Yes ✓No

If this case reaches trial, will you act as the trial attorney? ☐Yes ✓No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 6, 2026

Attorney signature: S/ Nicole E. Stoelton
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023