**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

GEORGE MOORE, on behalf of himself
and others similarly situated,

                Plaintiff,

    v.

ENCENSE ENTERPRISES LLC, d/b/a
FLEX HOME & AUTO,

                Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **1:26-cv-06309**

Hon. Andrea R. Wood

**AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant Encense Enterprises LLC d/b/a Flex Home & Auto ("Encense"), by and through its undersigned counsel, respectfully moves this Court for a thirty (30) day extension of time in which to answer or otherwise plead in response Plaintiff's Complaint. In support of this Motion, Encense states as follows:

1.      Plaintiff filed the Complaint in this matter on May 29, 2026, asserting a claim against Encense under the Telephone Consumer Protection Act, 47 U.S.C. § 227(c)(5) & 47 C.F.R. § 64.1200(c).

2.      Encense was served with the Summons and Complaint on or about June 3, 2026 and its answer was due on June 24, 2026. (Dkt. #5).

3.      Encense was not aware of the Complaint or the status of service until receiving email correspondence from counsel for Plaintiff on June 29, 2026, alerting Encense of the Complaint and the fact that a response was overdue. Encense's counsel was then retained in this matter on July 2, 2026.

4.      Encense's undersigned counsel requests additional time to review the Complaint, investigate and research the legal issues presented, communicate with the client, and determine the appropriate responsive pleading.

5.      Accordingly, Encense respectfully requests a thirty (30) day extension to answer or otherwise plead to Plaintiff's Complaint from the date its counsel was formally retained, up to and including August 3, 2026.

6.      This is Encense's first request for an extension of time in this matter.

7.      The requested thirty (30) day extension for Encense to answer or otherwise plead is modest and will not prejudice Plaintiff in any way.

8.      Encense brings this Motion in good faith and not for purposes of delay.

9.      Counsel for Encense has conferred with counsel for Plaintiff regarding the relief requested in this Motion, and counsel for Plaintiff has indicated that he agrees to the requested extension.

WHEREFORE, Encense respectfully requests that this Court enter an order granting Encense a thirty (30) day extension of time, up to and including August 3, 2026, by which to answer or otherwise plead in response to Plaintiff's Complaint.

Respectfully submitted,

ENCENSE ENTERPRISES LLC, d/b/a
FLEX HOME & AUTO,

By:     */s/ Nicole E. Stoelton*
        Nicole E. Stoelton
        Venable LLP
        227 W. Monroe Street, Suite 1900
        Chicago, IL 60606
        NEStoelton@venable.com
        312.820.3437

*Attorney for Defendant ENCENSE ENTERPRISES LLC, d/b/a FLEX HOME & AUTO*

## <u>CERTIFICATE OF SERVICE</u>

I, Nicole E. Stoelton, an attorney, hereby certify that on July 6, 2026, I caused the foregoing Agreed Motion for Extension of Time to Answer or Otherwise Plead to be served upon all counsel of record and parties via the Court's CM/ECF electronic filing system.

By:   */s/ Nicole E. Stoelton*
Nicole E. Stoelton

*Attorney for ENCENSE ENTERPRISES LLC, d/b/a FLEX HOME & AUTO,*

4