**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

George Moore

        Plaintiff,

v.                                  Case No.: 1:26–cv–06309
                                           Honorable Andrea R. Wood

Encense Enterprises LLC

        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 7, 2026:

      MINUTE entry before the Honorable Andrea R. Wood: Defendant's agreed motion for extension of time to answer or otherwise plead [8] is granted. Defendant shall answer or otherwise respond to the complaint by 8/3/2026. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.