**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 1:26-cv-06309 |
| v. | ) ) | Hon. Andrea R. Wood |
| ENCENSE ENTERPRISES LLC, d/b/a FLEX HOME & AUTO, | ) ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT ENCENSE ENTERPRISES LLC, d/b/a FLEX HOME & AUTO'S RULE 7.1 AND LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, Defendant Encense Enterprises LLC d/b/a Flex Home & Auto ("Encense"), by and through its undersigned counsel, submits the following disclosures regarding its affiliates:

1. Encense is a Wyoming limited liability company.

2. Encense does not have a parent corporation.

3. There is no individual or entity who owns 5% or more of Encense.

4. The undersigned shall promptly file a supplemental statement upon any change in circumstances that renders this Notification of Affiliates inaccurate.

Respectfully submitted,

ENCENSE ENTERPRISES LLC, d/b/a
FLEX HOME & AUTO,

By: */s/ Nicole E. Stoelton*
Nicole E. Stoelton
Venable LLP
227 W. Monroe Street, Suite 1900
Chicago, IL 60606
NEStoelton@venable.com

312.820.3437

*Attorney for Defendant ENCENSE ENTERPRISES LLC, d/b/a FLEX HOME & AUTO*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 15, 2026, the foregoing document was filed electronically using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: */s/ Nicole E. Stoelton*
Nicole E. Stoelton

*Attorney for ENCENSE ENTERPRISES LLC, d/b/a FLEX HOME & AUTO,*