**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

GEORGE MOORE, on behalf of himself and others similarly situated,

      Plaintiff,

v.

ENCENSE ENTERPRISES LLC, d/b/a FLEX HOME & AUTO

      Defendant.

:     Case No. 1:26-cv-06309
:
:
:
:
:
:
:
:     Hon. Andrea Wood
:
:

## PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE INITIAL STATUS HEARING

Plaintiff, by and through undersigned counsel, respectfully moves this Court for a brief continuance of the Initial Status Hearing currently scheduled for August 4, 2026, at 9:45 a.m., and states as follows:

1. On June 11, 2026, the Court set an Initial Status Hearing for August 4, 2026, at 9:45 a.m., and directed the parties to conduct a conference pursuant to Federal Rule of Civil Procedure 26(f) and file a Joint Status Report at least seven days before the hearing.

2. Plaintiff's counsel has a scheduling conflict that prevents his attendance at the August 4, 2026 status hearing.

3. The parties are in the process of coordinating their Rule 26(f) conference and anticipate conducting that conference during the week of July 20, 2026. A brief continuance of the Initial Status Hearing will provide the parties with sufficient time to complete their Rule 26(f) conference and prepare a thorough Joint Status Report.

4. Defendant does not oppose the requested continuance.

5.      This request is made in good faith and not for purposes of delay. No party will be prejudiced by the brief continuance.

WHEREFORE, Plaintiff respectfully requests that the Court continue the Initial Status Hearing currently scheduled for August 4, 2026, to August 6 or August 7, 2026, or to another date convenient for the Court, and grant such other and further relief as the Court deems just and proper.

Dated: July 15, 2026

| PLAINTIFF, | |
|---|---|
| */s/ Anthony I. Paronich* <br> Anthony I. Paronich <br> Paronich Law, P.C. <br> 350 Lincoln Street, Suite 2400 <br> Hingham, MA 02043 <br> (508) 221-1510 <br> anthony@paronichlaw.com <br><br> *Attorneys for Plaintiff* | |

**CERTIFICATE OF SERVICE**

I, hereby certify that on July 15, 2026, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record. I also electronically transmitted the request to the remaining parties.

*/s/ Anthony Paronich*

2

Anthony Paronich

3