# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: George Moore v. Encense Enterprises LLC d/b/a Flex Home & Auto

Case Number: 1:26-cv-06309

An appearance is hereby filed by the undersigned as attorney for:
Encense Enterprises LLC d/b/a Flex Home & Auto

Attorney name (type or print): Daniel S. Silverman

Firm: Venable LLP

Street address: 2049 Century Park East, Suite 3400

City/State/Zip: Los Angeles, CA 90067

Bar ID Number: 137864
(See item 3 in instructions)

Telephone Number: 310-229-9900

Email Address: dssilverman@venable.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ | ☐ |
| Are you a member of the court's general bar? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| Are you appearing *pro hac vice*? | ☑ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☑ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 21, 2026

Attorney signature: S/ Daniel S. Silverman
(Use electronic signature if the appearance form is filed electronically.)