**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

George Moore

Plaintiff,

v.

Case No.: 1:26−cv−06309
Honorable Andrea R. Wood

Encense Enterprises LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 24, 2026:

MINUTE entry before the Honorable Keri L. Holleb Hotaling: This matter has been referred to Judge Holleb Hotaling for discovery management and settlement. The Court adopts all deadlines set by the District Judge at Dkt. 16, including specifically the firm fact discovery deadline of 4/9/2027. The Court does not expect to extend this firm fact discovery deadline and in no case will do so without written motion detailing exceptionally good cause. The Court expects the parties to manage their discovery obligations accordingly to meet their fact discovery deadline. The parties are reminded to promptly bring any discovery motions before the Court, including motions to enforce subpoenas or motions for protective orders. Additionally, the Court also sets the Civil Rule 16(b)(3)(A) deadline as 11/30/2026, after which good cause must be shown to add parties or amend pleadings. Alioto v. Town of Lisbon, 651 F.3d 715, 719−20 (7th Cir. 2011). Before that deadline, Rule 15(a)(2) applies. The parties do not see eye−to−eye on settlement (individual versus class settlement) and are not interested in a settlement conference at this juncture. The parties are to file an updated joint status report on 10/20/2026.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.