**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

GEORGE MOORE, on behalf of himself and others similarly situated,

Plaintiff,

v.

ENCENSE ENTERPRISES LLC, d/b/a FLEX HOME & AUTO,

Defendant.

Case No. 1:26-cv-06309

Hon. Andrea R. Wood

Mag. Judge Keri L. Holleb Hotaling

**JOINT MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER**

Plaintiff George Moore, on behalf of himself and others similarly situated, ("Plaintiff") and Defendant Encense Enterprises LLC d/b/a Flex Home & Auto ("Encense"), by and through their undersigned counsel, hereby request that this Court enter the Parties' Agreed Confidentiality Order in this case. In support of their joint motion, the Parties state as follows:

1. The Parties have conferred through their respective counsel and have agreed that certain documents and information in this litigation should be kept confidential in order to protect the privacy rights of the Parties, and to protect the confidentiality of certain private business information.

2. Accordingly, the Parties respectfully request that this Court enter the proposed Agreed Confidentiality Order to protect this information and preserve the confidentiality of this information during the course of this matter. The Agreed Confidentiality Order, as well as a red-lined version reflecting deviations from this Court's Form Model Confidentiality Order, are attached hereto as **Exhibit A** and **Exhibit B**, and are submitted contemporaneously with this motion in accordance with this Court's procedures.

Dated: September 4, 2026

GEORGE MOORE, on behalf of Himself and others similarly situated,

By: /s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hinghma, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Attorney for Plaintiff*

Respectfully submitted,

ENCENSE ENTERPRISES LLC, d/b/a FLEX HOME & AUTO,

By: /s/ Daniel S. Silverman
Daniel S. Silverman
Venable LLP
2029 Century Park East, Suite 3400
Los Angeles, CA 90067
(310) 229-0387
dssilverman@venable.com
*Admitted Pro Hac Vice*

By: /s/ Nicole E. Stoelton
Nicole E. Stoelton
Venable LLP
227 W. Monroe Street, Suite 1900
Chicago, IL 60606
(312) 820-3436
NEStoelton@venable.com

*Attorney for Defendant ENCENSE ENTERPRISES LLC, d/b/a FLEX HOME & AUTO*

## CERTIFICATE OF SERVICE

I, Nicole E. Stoelton, an attorney, hereby certify that on September 4, 2026, I caused the foregoing document be served upon all counsel of record and parties via the Court's CM/ECF electronic filing system.

By: *<u>/s/ Nicole E. Stoelton</u>*
Nicole E. Stoelton

*Attorney for ENCENSE ENTERPRISES LLC, d/b/a FLEX HOME & AUTO*