**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated, | ) | |
| Plaintiff, | ) | Case No. 1:26-cv-06309 |
| v. | ) | Hon. Andrea Wood |
| ENCENSE ENTERPRISES, LLC, d/b/a FLEX HOME & AUTO | ) | Hon. Keri L. Holleb Hotaling |
| Defendant. | ) | |

# JOINT STATUS REPORT

Plaintiff George Moore ("Plaintiff") and Defendant Encense Enterprises, LLC d/b/a Flex Home & Auto ("Defendant") respectfully submit the following Joint Status Report pursuant to the Court's August 24, 2026 Order, and show the Court as follows:

1. Plaintiff and Defendant have exchanged their initial disclosures.

2. Plaintiff has issued his First Set of Requests for Production of Documents and First Set of Interrogatories to Defendant. Defendant has served its responses to these requests.

3. After a conferral between counsel for Plaintiff and counsel for Defendant, Defendant agreed to supplement its responses. Defendant is working diligently to supplement its responses and produce responsive documents.

4. Additionally, Defendant served its First Set of Interrogatories and First Set of Requests for Production to Plaintiff, and Plaintiff's responses are due on November 6, 2026.

5. The parties have not had any further settlement discussions.

6. At this time, the parties do not have anything further to report to the Court.

Dated: October 20, 2026

Respectfully submitted,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 240
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com
*Attorney for Plaintiff*

*/s/ Daniel S. Silverman*
Daniel S. Silverman
Venable LLP
2029 Century Park East, Suite 3400
Los Angeles, CA 90067
(310) 229-0387
dssilverman@venable.com
*Admitted Pro Hac Vice*

*/s/ Nicole E. Stoelton*
Nicole E. Stoelton
Venable LLP
227 W. Monroe Street, Suite 1900
Chicago, IL 60606
(312) 820-3437
NEStoelton@venable.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on October 20, 2026, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system which will send notification to all counsel of record.

*/s/ Nicole E. Stoelton*