**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated, | |
| Plaintiff, | Case No. 1:26-cv-06309 |
| v. | Honorable Andrea R. Wood |
| ENCENSE ENTERPRISES LLC, d/b/a FLEX HOME & AUTO, | Honorable Mag. Judge Keri L. Holleb Hotaling |
| Defendant. | |

**MOTION FOR NICOLE E. STOELTON TO WITHDRAW AS COUNSEL FOR DEFENDANT**

Pursuant to Local Rule 83.17, Nicole E. Stoelton ("Movant") seeks the Court's leave to withdraw as counsel for Defendant, Encense Enterprises LLC d/b/a Flex Home & Auto ("Defendant") in this matter. In support, she states as follows:

1. On July 6, 2026, Movant filed her appearance in this matter on behalf of Defendant. (ECF No. 7).

2. Effective November 2, 2026, Movant's association with the law firm Venable LLP, who represents Defendant in this action, will end.

3. Following Movant's departure from Venable LLP, Thomas Duff, an associate at the Chicago office of Venable LLP, will continue to represent Defendant in this matter. Thomas Duff is admitted before this Court, has already filed an appearance in this matter, and is prepared to take over Movant's responsibilities in this matter. Additionally, Daniel S. Silverman will also continue to represent Defendant in this matter, and is admitted *pro hac vice* before this Court.

4. Accordingly, Movant's withdrawal of her appearance will not prejudice Defendant or negatively impact the progress of this matter.

WHEREFORE**,** Movant, Nicole E. Stoelton, respectfully requests that this Court enter an Order authorizing her to withdraw as counsel for Defendant, and for such other and further relief this Court deems just and proper.

Dated: October 28, 2026

Respectfully submitted,

*/s/ Nicole E. Stoelton*
Nicole E. Stoelton
Venable LLP
Chicago, IL 60617
227 W. Monroe Street, Suite 1900
312.820.3437
NEStoelton@venable.com

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I, Nicole E. Stoelton, an attorney, hereby certify that on October 28, 2026, the foregoing document was electronically filed using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Nicole E. Stoelton*